No. 94–9632.  HEWLETT *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 94–9633.  FLEMING *v.* UNITED PARCEL SERVICE, INC., ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 94–9634.  MOSELEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9635.  JOSEPH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9636.  JOHNSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–9637.  MARTINEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–9638.  JIMENEZ *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 94–9639.  KEMP *v.* BANE, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 94–9640.  MONROE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–9642.  BATES *v.* SCORZA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9644.  HOYETT *v.* 40TH JUDICIAL CIRCUIT COURT ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9645.  BARRINO *v.* BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–9646.  ADAMS *v.* EDWARDS ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 94–9647.  ADAMS *v.* EDWARDS.  Ct. App. Mo., Western Dist.  Certiorari denied.